# EXHIBIT D

# Capsa Solutions

**MX Series Medication Workstation**






# MX Series Medication Workstation

Medication management and clinical documentation at the point-of-care has taken a huge step forward with the NEW MX Series.

**Improved patient care through improved process.**

- Improve clinical workflow efficiency by greatly streamlining the medication organization and distribution process
- Improve medication administration accuracy by taking the clinical process, med record, and med preparation directly to the point-of-care
- Improve patient care through the consolidation of the electronic health records, medication verification, and med administration at the patient bedside

**Perfect for an array of clinical applications including:**

- eMAR use at the point-of-care
- Bar code medication administration (BCMA) programs
- Scheduled bedside clinical treatments

**Evolutionary design and function.**

- Specifically designed for healthcare and clinical environments
- Inventive engineering to push the evolution of medication workstations
- Design details that truly move the needle in functionality








Case 3:12-cv-00813-GCM-DLH Document 1-4 Filed 12/10/12 Page 3 of 9

# Standard Features

**This comprehensive set of standard features is anything but ordinary.**

**A** Independently adjustable monitor mount with available articulating arm

**B** Expansive work area with protective document cover

**C** Integrated front handles and adjustable back handle

**D** Advanced keyless security system with auto-relock

**E** Electronic vertical height adjust of work surface

**F** Slide-out work surface expands your work area

**G** Ergonomic tilt and vertical adjust keyboard tray

**H** Fully-configurable storage modules

**I** Bins available in 4″, 6.5″, and 13.5″ width and 3″ or 6″ height; and fixed storage drawers in 3″ and 6″ height *(13.5″ bins and drawers not available in 6″ height)*

**J** Versatile accessory mount channel

**K** Li-Ion (LiFe) or Sealed-Lead Acid (SLA) battery

**L** Premium 4″ casters with tracking and locking

**Additional product features include:**

- Three internal, one external USB ports
- Choice of universally-compatible AC or ultra-efficient DC power platform
- Antimicrobial surfaces
- Full 5 year warranty on cart platform and 2 year warranty on electronics




Rich in standard features, the MX Series takes simple usability and comprehensive function to a whole new level.

# Medication Organization and Storage Solutions



*Seamless med bins are easy to clean and can be divided to enhance organization.*

### Medication & Supplies Storage

To optimize organization and the accuracy of medication administration, the MX Series offers the flexibility to configure your storage area as you see fit. Whether using med bins, drawers, or a combination of both, you can customize your MX Series storage to best meet your requirements.






*Capsa's exclusive articulating monitor arm provides maximum vertical adjustability and 360$^{o}$ rotation.*

### Storage Features

- Storage modules from one to four tiers can be configured to cleanly organize meds from the pharmacy or dispensing cabinet
- Select from med bins available in 4", 6.5", and 13.5" width and either 3" or 6" height. Fixed storage drawers are also available in 3" and 6" height. *(13.5" bins and drawers not available in 6" height).* All bins and drawers are can be easily divided for improved organization.
- Multiple patient bin and drawer sizes can be mixed and matched to get the exact medication and supplies organization needed for the clinical application





Case 3:12-cv-00813-GCM-DLH Document 1-4 Filed 12/10/12 Page 5 of 9

# Benchmark Security and Medication Control

Storage drawer security is assured with a proven keyless access system and drawers that relock automatically.

- Advanced security system safeguards medication and features a backlit keypad for simple use
- Keyless access with auto-relock that is programmable to relock from 1-99 minutes upon motionless cart use
- System accommodates up to 5,000 unique user access codes
- Interactive, multi-function OLED display with intuitive prompts and clear battery system status
- User and group security managed at cart or remotely via CartWatch Remote Management System





*CartWatch provides improved risk management and complete cart security control from the convenience of a remote PC.*

**Optional CartWatch™ Remote Management System**

- Manage and modify individual Carts, Cart Groups, or the whole Cart fleet
- Organize Carts, Cart Groups, and Users by department, staff discipline and facility location
- Set-up and manage User Groups by department, staff discipline and facility location
- Data protected by the latest encryption algorithms
- Create custom reports and review activity by Carts, Users, Groups, or Event Types. Download reports to PDF, Microsoft Word, or Microsoft Excel.
- Modern and intuitive user interface
- 'Drag-n-Drop' User Group Management
- User Interface in English, Spanish, or French
- Online / In-System User and Technical Help
- Simple User and Cart Set-Up 'Wizards'



# Accessories & Options

Streamline workflow with a full complement of convenience accessories that organize medications, supplies, and the data management process at the point-of-care.

Capsa MX Series carts offer a wide array of innovative accessories for superior medication and supplies organization.


Storage Basket


Scanner Holder


Cup Holder


Vital Signs Pivot Mount


Bin Dividers


Cup & Tape Holder


*Lightweight and durable, MX Series Bin Transfer Carts streamline the medication exchange process and organize pharmacy workflow.*


Task Lighting


Universal Mounting Bracket


Sanitizer Wipes Holder


Base Lighting



I.V. Pole


Scanner Base Platform

# Proven Power System

The most important feature of your mobile computing carts is the power system. With the addition of the NEW AC Power System Module, Capsa gives you the choice to configure the power system of your computer carts to match your facility preferences or standards.

Whether you choose an AC or DC platform, SLA or LiFe battery technology, optimal flexibility and uptime is what Capsa delivers through our computer cart power system.

| Function | SLA | LiFe |
|---|---|---|
| **Cost** | Lower initial cost can maximize short-term budget | Total lower cost of ownership due to less frequent replacement requirements |
| **Approximate Cycles** | 300 | 4,000 - 5,000 |
| **Eco-Impact** | Recyclable | Less replacement, less waste |
| **Weight** | 36 lbs. | 14 lbs. |
| **Capacity** | 50 Ah, 55 Ah upgrade available | 40 Ah |
| **Compatibility** | AC or DC power system | AC or DC power system |

*(specifications subject to change without notice)*

### New AC Power System Module

The Capsa AC Power System Module provides universal integration of technology and an open-architecture to accommodate your choice of AC-based:

New For 2012 AC Power Platform

- Laptop computers
- LCD monitors
- Small form factor CPUs
- All-In-One computers
- Tablets PCs
- Thin-client
- Cordless rechargeable scanners
- Vital signs monitors

Whether you decide on the ultra-efficient DC Power platform or the NEW AC Power System Module, Capsa Solutions computer carts provide optimal flexibility when considering technology options.

### Optional PowerWatch™ Power System Monitoring Software




*The simple to understand Battery Capacity Gauge of PowerWatch lets you know exactly how much battery power you have remaining and the estimated recharge time required.*

### AC & DC Power System Features

- Easy-to-read OLED battery status on control panel
- Easy access design permits simple replacement of power cells in minutes
- Auto power shut-down when a very low charge level is detected to protect cell from deep discharge
- Audible tone warns of need for recharge at increasingly lower charge levels
- Accommodates Sealed Lead Acid or Lithium-Ion battery types
- Designed specifically for mobile computing applications
- Supported by Capsa PowerWatch Power System Monitoring Software

**AC Power Module Only**

- Output capacity of 150VA
- TUV tested, certified, and compliant with IEC 60601-1, UL 60601-1, and UL 1778
- Meets NFPA, NEC, and JCAHO requirements for safety



# Services & Support



*Working in concert with your clinical staff and management team is what helps Capsa deliver long-term customer satisfaction.*

You can rely on the experienced team of service and support professionals at Capsa Solutions to ensure your complete satisfaction 24 hours a day, 7 days a week. This 'always open' approach to customer service and support is what you deserve as a healthcare provider because we know your facility is never closed.

- 24/7 Emergency Technical Support with return call (*30 minutes or less!*)
- National team of Field Support Technicians
- Next-Day parts and components replacement
- On-site engineering, installation, and implementation support available

# Cart Specifications

Base Dimensions: 16" x 17" (40.6 cm x 43.2 cm)

Work Surface Area: 19" x 22" with integrated forward-facing handles

Work Surface Height: 34" - 51"; 17" of vertical travel (86.4 cm x 129.5 cm; 43.2 cm)

| | MX35 | MX35A | MX35L | MX40 | MX40A | MX40L |
|---|---|---|---|---|---|---|
| **Hardware** | All-In-One, Tablet, Thin Client, Small Form Factor PC, Laptop with Peripheral LCD | All-In-One, Tablet, Thin Client, Small Form Factor PC, Laptop with Peripheral LCD | Laptop/ Secure Clamshell | All-In-One, Tablet, Thin Client, Small Form Factor PC, Laptop with Peripheral LCD | All-In-One, Tablet, Thin Client, Small Form Factor PC, Laptop with Peripheral LCD | Laptop/ Secure Clamshell |
| **Monitor Mount** | Fixed / Flexible | Fully-Articulating | Secured Laptop | Fixed / Flexible | Fully-Articulating | Secured Laptop |
| **Power System** | DC | DC | DC | AC | AC | AC |
| | Sealed-Lead Acid /or/ Lithium-ion (LiFe) | | | | | |

*(Support services, product appearance, availability and specifications subject to change without notice)*

**Contact Us**

Contact us today for more information or to schedule a personal on-site demonstration.

**800 437 6633**
International: +1 614 864 9966
email: Info@CapsaSolutions.com
www.CapsaSolutions.com





© Capsa Solutions, 2012