## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:12-CV-813-FDW-DCK

| | | |
|---|---|---|
| **RUBBERMAID INCORPORATED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CAPSA SOLUTIONS LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 8) filed by R. Matthew Pearson, concerning David E. Finkelson on January 3, 2013  David E. Finkelson seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application for Admission to Practice *Pro Hac Vice* (Document No. 8) is **GRANTED.**  David E. Finkelson is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: January 7, 2013

David C. Keesler
United States Magistrate Judge