IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-813-FDW-DCK

| | |
|---|---|
| RUBBERMAID INCORPORATED, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CAPSA SOLUTIONS LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 9) filed by John P. Higgins, concerning Nathan R. Christensen on January 4, 2013. Nathan R. Christensen seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application for Admission to Practice *Pro Hac Vice* (Document No. 9) is **GRANTED.** Nathan R. Christensen is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 7, 2013

David C. Keesler
United States Magistrate Judge