IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00813-FDW-DCK

| | |
|---|---|
| RUBBERMAID INCORPORATED d/b/a RUBBERMAID MEDICAL SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>CAPSA SOLUTIONS LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 13) filed by John P. Higgins, concerning Scott D. Eads on January 8, 2013. Scott D. Eads seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED.** Scott D. Eads is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 10, 2013

David C. Keesler
United States Magistrate Judge