IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-813-FDW-DCK

| | |
|---|---|
| RUBBERMAID INCORPORATED d/b/a RUBBERMAID MEDICAL SOLUTIONS, <br><br> Plaintiff, <br><br> v. <br><br> CAPSA SOLUTIONS LLC, <br><br> Defendant. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 18) filed by R. Matthew Pearson, concerning Robert Michael Tyler on March 18, 2013. Robert Michael Tyler seeks to appear as counsel *pro hac vice* for Plaintiff, Rubbermaid Incorporated d/b/a Rubbermaid Medical Solutions. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 18) is **GRANTED.** Robert Michael Tyler is hereby admitted *pro hac vice* to represent Plaintiff Rubbermaid Incorporated d/b/a Rubbermaid Medical Solutions.

Signed: March 18, 2013

David C. Keesler
United States Magistrate Judge