# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:12-CV-813-FDW-DCK

| | | |
|---|---|---|
| **RUBBERMAID INCORPORATED d/b/a RUBBERMAID MEDICAL SOLUTIONS,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **CAPSA SOLUTIONS LLC,** | ) ) | |
| **Defendant.** | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 18) filed by R. Matthew Pearson, concerning Robert Michael Tyler on March 18, 2013. Robert Michael Tyler seeks to appear as counsel *pro hac vice* for Plaintiff, Rubbermaid Incorporated d/b/a Rubbermaid Medical Solutions. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 18) is **GRANTED.** Robert Michael Tyler is hereby admitted *pro hac vice* to represent Plaintiff Rubbermaid Incorporated d/b/a Rubbermaid Medical Solutions.

Signed: March 18, 2013

David C. Keesler
United States Magistrate Judge