**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-813-GCM-DCK**

| | | |
|---|---|---|
| **RUBBERMAID INCORPORATED d/b/a RUBBERMAID MEDICAL SOLUTIONS,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **CAPSA SOLUTIONS LLC,** | ) ) ) | |
| **Defendant.** | ) ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 20) filed by John P. Higgins, concerning Julia E. Markley on April 8, 2013. Ms. Markley seeks to appear as counsel *pro hac vice* for Defendant Capsa Solutions LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.**  Ms. Markley is hereby admitted *pro hac vice* to represent Defendant Capsa Solutions LLC.

             Signed: April 8, 2013

             David C. Keesler
             United States Magistrate Judge