IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-813-GCM-DCK

| | |
|---|---|
| RUBBERMAID INCORPORATED d/b/a RUBBERMAID MEDICAL SOLUTIONS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CAPSA SOLUTIONS LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 20) filed by John P. Higgins, concerning Julia E. Markley on April 8, 2013. Ms. Markley seeks to appear as counsel *pro hac vice* for Defendant Capsa Solutions LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.** Ms. Markley is hereby admitted *pro hac vice* to represent Defendant Capsa Solutions LLC.

Signed: April 8, 2013

David C. Keesler
United States Magistrate Judge